ARW/md

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20978-CR-JORDAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEONARDO PITA,

    Defendant.

_____/

## PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE is before the Court upon motion of the United States for entry of a preliminary order of forfeiture. Being fully advised in the premises and based on the motion of the United States and the record in this matter and for good cause shown thereby, the Court finds as follows with respect to forfeiture in this action as to defendant **LEONARDO PITA** (hereinafter referred to as "defendant"):

1. In the Indictment (DE # 1) in the above-styled case, the government sought forfeiture, pursuant to Title 18, United States Code, Sections 982(a)(1) and 982(a)(7), of all property, real or personal, constituting or derived from gross proceeds traceable to the charged offenses, including, but not limited to, the sum of $519,302.00 in United States currency.

2. On March 19, 2008, the defendant pled guilty, pursuant to a written plea agreement (DE #17), to Counts 1 and 11 of the Indictment, and the violations of Title 18, United States Code, Sections 1347 and 1956, and agreed to forfeit to the United States, pursuant to Title 18, United

States Code, Sections 982(a)(1) and 982(a)(7), all of his right, title and interest in the above noted property.

Therefore, in consideration of the defendant's guilty plea and the defendant's agreement regarding forfeiture as contained in the Plea Agreement between the defendant and the United States, and upon motion of the United States and for good cause shown thereby, it is hereby:

**ORDERED** that:

1. All right, title and interest of defendant **LEONARDO PITA** in **the sum of $519,302.00 in United States currency** is hereby forfeited to the United States of America, pursuant to Title 18, United States Code, Sections 982(a)(1) and 982(a)(7) and Title 21, United States Code, Section 853.

2. The Federal Bureau of Investigation, the United States Marshals Service, or any other duly authorized law enforcement official, may, as soon as practicable, seize and take custody of the property identified herein above as forfeited under this order, pursuant to Title 21, United States Code, Section 853(g).

3. The United States shall cause to be published, at least once, in a newspaper of general circulation, notice of this Order as required by Title 21, United States Code, Section 853(n)(1). The notice shall state that any person, other than the defendant, having or claiming a legal interest in the property ordered forfeited by this order must file a petition with the Court within thirty (30) days of the final publication of the notice or receipt of actual notice, whichever is earlier; that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property; and that the petition shall be signed by the petitioner under penalty of

perjury, shall set forth the nature and extent of the petitioner's right, title and interest in the forfeited property and shall set forth any additional facts supporting the petitioner's claim and the relief sought.

4. The United States also may also provide, to the extent practicable, direct written notice to any person known to have an alleged interest in the property that is subject of the Order of Forfeiture, in addition to the published notice.

5. The United States is further authorized, pursuant to Title 21, United States Code, Section 853(m) and Rule 32.2(c)(1) of the Federal Rules of Criminal Procedure, to conduct any discovery necessary, including depositions, to identify, locate or dispose of the property ordered forfeited herein or in order to expedite ancillary proceedings related to any third party petition claims filed with respect to the forfeited property.

6. Pursuant to Fed. R. Crim. P. 32.2(b)(3), at sentencing, this Order of Forfeiture shall become final as to the defendant's right, title, claim, and interest in the forfeited property and shall be incorporated into the defendant's sentence and included in the judgment entered with respect to the defendant.

It is further **ORDERED** that upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture, pursuant to Title 21, United States Code, Section 853(n), in which all interests will be addressed. If no claims or petitions are filed within thirty (30) days of the final publication or receipt of actual notice, whichever is earlier, then, pursuant to Title 21, United States Code, Section 853(n)(7), this Order shall be deemed a Final Order of Forfeiture, and the Federal Bureau of Investigation, the United States Marshals Service, or any other duly

authorized law enforcement official, shall dispose of the property forfeited hereunder according to law.

**DONE AND ORDERED**, in Chambers, at Miami, Florida, this 5th day of June _____, 2008.

_____
ADALBERTO JORDAN
UNITED STATES DISTRICT JUDGE

cc:   AUSA Arimentha R. Walkins (**2 certified copies**)

4